UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JONES

VERSUS

VANNOY, ET AL.

CIVIL ACTION

19-505-SDD-RLB

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 3, 2021 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petitioner's application for *habeas corpus* relief is DENIED with prejudice.

**IT IS FURTHER ORDERED** that, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability shall be DENIED.

Signed in Baton Rouge, Louisiana the 22 day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.